Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP WARNER LITTLE SCHOLARS, INC., a Pennsylvania Nonprofit Corporation; and, POP WARNER AUTHENTIC, INC., a Pennsylvania Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BSN SPORT, LLC, a Delaware Limited Liability Company; and DOES 1 – 10 inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00939-RGK-MAA<br>*Honorable R. Gary Klausner Presiding*<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a settlement in principle has been reached to resolve all claims at issue in the action.

The Parties anticipate the filing of a Stipulated Dismissal of the Action within thirty days (30) with each of the Parties paying their own attorneys' fees and costs. In the interim, Plaintiff respectfully request that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Date: July 19, 2021         By:    /s/ *Stephen M. Doniger*
                                   Stephen M. Doniger, Esq.
                                   Benjamin F. Tookey, Esq.
                                   DONIGER / BURROUGHS
                                   Attorneys for Plaintiff